BENJAMIN C. THORNAL, Respondent, *v.* WILLIAM PITT, Appellant.

(Argued October 8, 1874; decided November 10, 1874.)

THIS was an action by a real estate broker to recover commissions for alleged services in the sale of certain real estate of defendant. The court charged that plaintiff was employed by defendant, and as such negotiated the sale and earned his commissions. *Held*, that the question whether plaintiff acted as the broker of defendant in negotiating the sale was, upon the evidence, a disputed question of fact, and should have been submitted to the jury.

*Wm. Henry Arnoux* for the appellant.

*Ph. Chase* for the respondent.

ALLEN, J., reads for reversal and new trial.
All concur.
Judgment reversed.